## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Tony R. Compton | Mag. Judge: | Timothy P. Greeley |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:17-mj-24 | 6/30/2017 | 2:41 pm - 2:49 pm | Marquette | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Paul Lochner | Mark Dobias | CJA Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Out-of-District Warrant - WIWD 1:17-cr-61 | Read __<br>Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- ✓ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- ✓ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing:
_____

Presentence Report:
  __ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Hearing continued to July 7, 2017 at 1:30 p.m.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:    __ Yes   __ No
Defendant informed of right to appeal:    __ Yes   __ No
Counsel informed of obligation to file appeal:   __ Yes   __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

**CASE TO BE:**                                 **TYPE OF HEARING:**

**Reporter/Recorder:**   Digitally Recorded     **Courtroom Deputy:**   C. Moore