UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:17-mj-24
                                                HON. TIMOTHY P. GREELEY

TONY R. COMPTON,

        Defendant.
_____/

## ORDER OF DETENTION

      A Rule 5 hearing was held before the undersigned on June 30, 2017, after arrest of defendant on a warrant from the Western District of Wisconsin.  The Government requested defendant be detained which was supported by pretrial services.  Defense counsel requested time to consult with defendant regarding Rule 5.1 and Rule 20 proceedings.

      Defendant shall be detained in the Western District of Michigan pending further proceedings.

      IT IS SO ORDERED.

                                               */s/ Timothy P. Greeley*
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2017