UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 2:17-mj-00024-TPG

v.                                Hon. Timothy P. Greeley

TONY R. COMPTON,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Omnibus Hearing
Date/Time:              July 7, 2017   01:30 PM
Magistrate Judge:    Timothy P. Greeley
Place/Location:       Marquette, MI

*Continued Rule 5 hearing and possible Rule 20 hearing*

                                      TIMOTHY P. GREELEY
                                      U.S. Magistrate Judge

Dated:  July 5, 2017        By:     /s/ C. A. Moore_____
                                      Courtroom Deputy